UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS,

    Plaintiff,

v.

CHIEF U.S. DISTRICT COURT JUDGE OF SEATTLE, WASHINGTON,

    Defendant.

Case No. C18-1509-MJP-MAT

REPORT AND RECOMMENDATION

    Plaintiff is well-known locally and nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. *See, e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993). Through this action, plaintiff attempts to bring a criminal complaint against Chief Judge Ricardo S. Martinez, alleging that plaintiff has been denied access to the courts in violation of his constitutional rights. He also seeks leave to proceed *in forma pauperis*.

    Plaintiff cannot proceed with this action. First, plaintiff cannot initiate a criminal complaint against Judge Martinez. Second, even if the Court construes his complaint as one brought under 42 U.S.C. § 1983, he is ineligible to proceed *in forma pauperis* given the facts alleged. Because

REPORT AND RECOMMENDATION - 1

plaintiff has had more than three prior actions dismissed as frivolous, malicious, or for failure to state a claim, he may not proceed *in forma pauperis* unless he alleges that he is in "imminent danger of serious physical injury." 28 U.S.C. § 1915(g); *Demos v. Lehman*, MC99-113-JLW (W.D. Wash. Aug. 23, 1999). Plaintiff's proposed complaint does not contain "a plausible allegation that [he] faced imminent danger of serious physical injury at the time of filing." *Andrews v. Cervantes*, 493 F.3d 1047, 1055 (9th Cir. 2007) (internal citations omitted, alteration added). Accordingly, the Court recommends that plaintiff's *in forma pauperis* application (Dkt. 1) be DENIED and this action be DISMISSED without prejudice. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **November 23, 2018**.

Dated this 26th day of October, 2018.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2